UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MERCURY VENTURE INTERNATIONAL LTD.,

        Petitioner,

        v.

DGM COMMODITIES CORP., f/k/a D&N
COMMODITIES INC., f/k/a D & N COM INC.,
DAVID ELUA a/k/a DAVID ELUASHVILI,    13–CV–1521 (JMA)(AKT)
DGM HOLDING CORP., DAVINI REALTY
LLC, and ABC CORP. 1-5,

        Respondents.

----------------------------------------------------------------X

**AZRACK, District Judge:**

    Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Tomlinson, recommending that the Court confirm an arbitration award dated February 20, 2013 against respondent DGM Commodities Corp., but defer payment of that award and any determination concerning attorneys' fees and costs until resolution of the claims against the non-defaulting defendants. There are no objections to the R & R. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts the findings and recommendations contained in Magistrate Judge Tomlinson's well-reasoned and thorough R & R in their entirety.

**SO ORDERED.**

Dated: March 2, 2015
Central Islip, New York                          /s/    (JMA)
                                                              _____
                                                              JOAN M. AZRACK
                                                              UNITED STATES DISTRICT JUDGE